| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Planet Express (LAX), LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0470466** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **4700 Millenia Blvd., Ste. 400** **Orlando, FL 32839** Number, Street, City, State & ZIP Code  **Orange** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **Los Angeles International Airport, Tom Bradley Terminal, 380 World Way, Los Angeles, CA 90045** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Planet Express (LAX), LLC**   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Planet Express (LAX), LLC**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Planet Express (LAX), LLC**                                         Case number (*if known*)
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Planet Express (LAX), LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 4, 2025**
MM / DD / YYYY

**X /s/ Thomas Avallone**                **Thomas Avallone**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

**X /s/ R.Scott Shuker, Esq**              Date **April 4, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 337-2060**    Email address **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

Debtor **Planet Express (LAX), LLC**
Name

Case number *(if known)*

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **PB Restaurants, LLC** | | Relationship to you | | **Member** |
| District | **Middle District of Florida, Orlando Division** | When | **4/04/25** | Case number, if known | |
| Debtor | **Times Square Buffet, LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **4/04/25** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name: **Planet Express (LAX), LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 4, 2025**     X **/s/ Thomas Avallone**
                                    Signature of individual signing on behalf of debtor

                                    **Thomas Avallone**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Planet Express (LAX), LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-B OF LOS ANGELES<br>20499 S REEVES AVE<br>Long Beach, CA 90810 | | Trade debt | | | | $1,886.55 |
| AMERIGUARD MAINTENANCE<br>PO BOX 12486<br>Fresno, CA 93778 | | Trade debt | | | | $1,650.00 |
| ARAMARK - DO NOT USE<br>22512 NETWORK PLACE<br>Chicago, IL 60673-1225 | | Trade debt | | | | $2,383.33 |
| BRINKS INC<br>7373 SOLUTIONS CENTER<br>Chicago, IL 60677-7003 | | Trade debt | | | | $14,177.19 |
| DRAFT TAPS SOLUTIONS<br>PO BOX 3116<br>Bell Gardens, CA 90202 | | Trade debt | | | | $2,005.37 |
| EASY ICE LLC<br>PO BOX 879<br>Marquette, MI 49855 | | Trade debt | | | | $1,402.68 |
| EDWARD DON & COMPANY<br>2562 PAYSPHERE CIRCLE<br>Chicago, IL 60674 | | Trade debt | | | | $2,958.48 |

Debtor  **Planet Express (LAX), LLC**                                   Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ELITE GOURMET DESSERTS**<br>949 N CATARACT AVE<br>San Dimas, CA 91773 | | Trade debt | | | | $2,230.65 |
| **HARBOR DISTRIBUTING LLC**<br>P O BOX 842685<br>Los Angeles, CA 90084-2685 | | Trade debt | | | | $7,989.50 |
| **KONE INC**<br>PO BOX 22251<br>New York, NY 10087-2251 | | Trade debt | | | | $9,062.92 |
| **Legal Fund of Hotel-Restaurant Employees of Los Angeles**<br>Los Angeles, CA 90017 | | Trade debt | | | | $9,422.67 |
| **Los Angeles Hotel-Rest Emp. Union Retirement Fund**<br>Los Angeles, CA 90017 | | Trade debt | Unliquidated | | | $48,288.86 |
| **NCR CORPORATION**<br>15251 ROOSEVELT BLVD<br>Clearwater, FL 33760 | | Trade debt | | | | $21,000.00 |
| **PEPSI BEVERAGES**<br>19700 S FIGUEROA ST<br>Carson, CA 90745 | | Trade debt | | | | $2,381.64 |
| **SANTA MONICA UNITE HERE HEALTH**<br>1200 WILSHIRE BLVD 5TH FLR<br>Los Angeles, CA 90017 | | Trade debt | | | | $282,041.17 |
| **SOUTHERN GLAZER'S OF CA SO.**<br>PO BOX 56002<br>Los Angeles, CA 90074-6002 | | Trade debt | | | | $6,326.84 |

Debtor **Planet Express (LAX), LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SYSCO-WALNUT**<br>**SYSCO LOS**<br>**ANGELES**<br>**Walnut, CA 91789** | | Trade debt | | | | $54,092.68 |
| **VESTIS / ARAMARK**<br>**22808 NETWORK**<br>**PLACE**<br>**Chicago, IL**<br>**60673-1228** | | Trade debt | | | | $4,107.17 |
| **WESTFIELD**<br>**CONCESSIONS**<br>**MGMT**<br>**LAX TCM 1**<br>**Los Angeles, CA**<br>**90074-8434** | | Trade debt | Contingent<br>Unliquidated | | | $1,000,000.00 |
| **YOUNGS MARKET**<br>**CO. LLC**<br>**PO BOX 743564**<br>**Los Angeles, CA**<br>**90074-3564** | | Trade debt | | | | $2,834.64 |

# United States Bankruptcy Court
## Middle District of Florida

In re **Planet Express (LAX), LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PB Restaurants, LLC<br>4700 Millenia Blvd., Ste 400<br>Orlando, FL 32839 | n/a | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 4, 2025**

Signature **/s/ Thomas Avallone**

**Thomas Avallone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re **Planet Express (LAX), LLC**      Case No.
Debtor(s)      Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 4, 2025**       **/s/ Thomas Avallone**
**Thomas Avallone**/**President**
Signer/Title

| | | |
|---|---|---|
| Planet Express (LAX), LLC<br>4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839 | California Dept of Tax & Fee<br>Acct Info Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| R.Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801 | California Franchise Tax Brd<br>Bankruptcy Section,MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GOLDEN MALTED<br>PO BOX 129<br>Concordville, PA 19331 |
| A-B OF LOS ANGELES<br>20499 S REEVES AVE<br>Long Beach, CA 90810 | CHRISTOPHER GALLOWAY<br>c/o Hershey Law, P.C.<br>16255 Ventura Blvd, Ste 1205<br>Encino, CA 91436 | HARBOR DISTRIBUTING LLC<br>P O BOX 842685<br>Los Angeles, CA 90084-2685 |
| AMERIGUARD MAINTENANCE<br>PO BOX 12486<br>Fresno, CA 93778 | County of Orange / CA<br>Attn Treasurer-Tax Collector<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | Hospitality Industry Training<br>1200 Wilshire Blvd<br>Los Angeles, CA 90017 |
| ANHEUSER-BUSCH SALES<br>20499 S REEVES AVE<br>Carson, CA 90810 | DRAFT TAPS SOLUTIONS<br>PO BOX 3116<br>Bell Gardens, CA 90202 | Internal Revenue Service<br>Centralized Insolvency Ops<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| ARAMARK - DO NOT USE<br>22512 NETWORK PLACE<br>Chicago, IL 60673-1225 | EASY ICE LLC<br>PO BOX 879<br>Marquette, MI 49855 | JOHNSON CONTROLS US HOLDLL<br>PO BOX 371994<br>Pittsburgh, PA 15250-7994 |
| AUDIO ELECTRONICS INC<br>2501 WHITE AVENUE<br>Nashville, TN 37204 | EDWARD DON & COMPANY<br>2562 PAYSPHERE CIRCLE<br>Chicago, IL 60674 | KONE INC<br>PO BOX 22251<br>New York, NY 10087-2251 |
| BRINKS INC<br>7373 SOLUTIONS CENTER<br>Chicago, IL 60677-7003 | ELITE GOURMET DESSERTS<br>949 N CATARACT AVE<br>San Dimas, CA 91773 | Legal Fund of Hotel-Restaurant<br>Employees of Los Angeles<br>Los Angeles, CA 90017 |
| California Dept of Tax & Fee<br>Special Op. Bkry Team MIC:74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 | Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814 | Los Angeles Co Tax Collector<br>225 N. Hill Street, Ste #1<br>Los Angeles, CA 90012 |

| | | |
|---|---|---|
| Los Angeles Co Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | REGAL WINE COMPANY<br>PO BOX 2160<br>Windsor, CA 95492-2160 | URW AIRPORTS, LLC<br>f/k/a Westfield Airports LLC<br>2730 University Blvd Ste 900<br>Silver Spring, MD 20902 |
| Los Angeles Hotel-Rest Emp.<br>Union Retirement Fund<br>Los Angeles, CA 90017 | REPUBLIC NATIONAL DIST. CO.<br>PO BOX 743564<br>Los Angeles, CA 90074-3564 | URW AIRPORTS, LLC<br>f/k/a Westfield Airports LLC<br>380 World Way, N. Matrix Bld<br>5th Floor<br>Los Angeles, CA 90045 |
| MARICELA MUNGUIA<br>c/o Ramin R. Younessi, Esq.<br>3435 Wilshire Blvd, Ste 2200<br>Los Angeles, CA 90010 | ROBERT GALOOSTIAN<br>c/o DAS LAW LA<br>4444 Riverside Dr., Ste 305<br>Burbank, CA 91505 | URW AIRPORTS, LLC<br>f/k/a Westfield Airports LLC<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067 |
| MELISSA OSORIO<br>c/o Messrelian Law, Inc.<br>500 N Central Ave, Ste 840<br>Glendale, CA 91203 | SANTA MONICA UNITE HERE HEALTH<br>1200 WILSHIRE BLVD 5TH FLR<br>Los Angeles, CA 90017 | URW AIRPORTS, LLC<br>c/o Corporation Service Co.<br>251 Little Falls Driver<br>Wilmington, DE 19808 |
| Michael Neukamm, Reg Agent<br>301 E. Pine St., Ste 1400<br>Orlando, FL 32802 | SOUTHERN CALIFORNIA GAS CO<br>ML 711D, PO Box 2007<br>91754-0957<br>Monterey Park, CA 91754-0957 | VESTIS / ARAMARK<br>22808 NETWORK PLACE<br>Chicago, IL 60673-1228 |
| NCR CORPORATION<br>15251 ROOSEVELT BLVD<br>Clearwater, FL 33760 | SOUTHERN GLAZER'S OF CA SO.<br>PO BOX 56002<br>Los Angeles, CA 90074-6002 | WESTFIELD CONCESSIONS MGM<br>LAX TCM 1<br>Los Angeles, CA 90074-8434 |
| PEPSI BEVERAGES<br>19700 S FIGUEROA ST<br>Carson, CA 90745 | SPECTRUM BUSINESS<br>PO BOX 60074<br>City of Industry, CA 91716-0074 | WINE WAREHOUSE-910900<br>PO BOX 910900<br>Los Angeles, CA 90091-0900 |
| PEPSI BEVERAGES CO-75948<br>PO BOX 75948<br>Chicago, IL 60675-5948 | SYSCO-WALNUT<br>SYSCO LOS ANGELES<br>Walnut, CA 91789 | YOUNGS MARKET CO. LLC<br>PO BOX 743564<br>Los Angeles, CA 90074-3564 |
| PHL Holdings, LLC<br>4700 Millenia Blvd., Ste 400<br>Orlando, FL 32839 | UNITE HERE LOCAL 11<br>Attn: Alyssa Peterson<br>464 S Lucas Ave, Ste 201<br>Los Angeles, CA 90017 | |